**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GEORGE AINSWORTH,
an individual,                                                      Case No.:

      Plaintiff,

v.

CITIBANK, N.A.,
a national association,

      Defendant.

_____/

## COMPLAINT

**COME NOW**, Plaintiff, GEORGE AINSWORTH (hereinafter, "Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, CITIBANK, N.A. (hereinafter, "Defendant"). In support thereof, Plaintiff states:

## PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes (hereinafter, the "FCCPA"), the Telephone Consumer Protection Act, 47 United States Code, Section 227 (hereinafter, the "TCPA"), and for declaratory judgment and injunctive relief in equity.

2. Specifically, this is an action for Defendant's unlawful attempts to collect a consumer debt from Plaintiff by placing calls to Plaintiff's cellular telephone using an automatic telephone dialing system, a predictive telephone dialing system, or an artificial or pre-recorded voice, despite Defendant lacking Plaintiff's consent to make such calls to his cellular telephone.

## JURISDICTION, VENUE & PARTIES

3.      Jurisdiction of the Court arises under 47 United States Code, Section 227(b)(3), 28 United States Code, Section 1337, and supplemental jurisdiction exists for the FCCPA claims pursuant to 28 United States Code, Section 1367.  Declaratory relief is available pursuant to 28 United States Code, Sections 2201 and 2202.

4.      Defendant is subject to the jurisdiction of this Court as Defendant regularly transacts business in this District as the events described herein occur in this District.

5.      Venue in this District is proper because Defendant transacts business in this District, and the conduct complained of occurred in this District.

6.      At all material times herein, the conduct of Defendant, complained of below, occurs in Pinellas County, Florida.

7.      At all material times herein, Plaintiff is an individual residing in Pinellas County, Florida.

8.      At all material times herein, Defendant is a national association regularly engaged in business in Florida with its principal place of business located at 701 East 60th Street North, Sioux Falls, South Dakota 57104.

## FCCPA STATUTORY STRUCTURE

9.      The FCCPA is a state consumer protection statute, modeled after the Federal Fair Debt Collection Practices Act, a statute designed to prohibit unfair, deceptive, and abusive practices in collection of consumer debts as well as to protect against the invasion of individual privacy.  15 United States Code, Section 1692(a) and (e); Florida Statutes, Sections 559.55 and 559.77(5).

10.     The FCCPA imposes civil liability on a creditor that "offers or extends credit creating a debt or to whom a debt is owed . . ." and prohibits any person from engaging in particular conduct in connection with collecting consumer debts.  Florida Statutes, Section 559.55(5).

11.     Specifically, the FCCPA prohibits unlawful debt collection "communications" with consumer debtors, which is defined as "the conveying of information regarding a debt *directly or indirectly* to any person *through any medium*" (emphasis added).  Florida Statutes, Section 559.55(2).

12.     For example, the FCCPA prohibits a person from collecting consumer debt by communicating with the consumer in a manner that can be expected to harass or abuse the consumer debtor, and also prohibits a person from claiming, attempting, or threatening to enforce a consumer debt "when such person knows that the debt is not legitimate" or by asserting a legal right that does not exist.  *See* Florida Statutes, Sections 559.72(7) and 559.72(9).

## TCPA STATUTORY STRUCTURE

13.     Congress enacted the TCPA in effort to restrict pervasive use of telemarketing and increasing use of cost-effective telemarketing techniques.  Pub L. 102-243, § 2, Dec. 20, 1991, 105 Sta. 2394 (1) and (8).

14.     Congress found that "[u]nrestricted telemarketing…can be an intrusive invasion of privacy…" and it intended to prevent automated or pre-recorded telephone calls as "the only effective means of protecting telephone consumers from this nuisance and privacy invasion." *Id.* at (5) and (12).

15.     Under the TCPA, any person who initiates calls to any number assigned to a cellular telephone service using any automated telephone dialing system or artificial or prerecorded voice without the recipient's prior express consent is liable to the recipient for actual monetary loss, or

up to $500.00 in damages for each violation of the TCPA, whichever is greater.  47 U.S.C. § 227(b)(3)(B).

16.     Additionally, under the TCPA, the court may increase the damage award up to three (3) times, up to $1,500.00, for each willful or knowing violation of the TCPA.  *Id* at § 227(b)(3)(C).

## **GENERAL ALLEGATIONS**

17.      At all material times herein, Defendant is a "creditor" as defined by Florida Statutes, Section 559.55(5).

18.     At all material times herein, Plaintiff is a "debtor" or "consumer" as defined by Florida Statutes, Section 559.55(8).

19.     At all material times herein, Defendant attempts to collect a debt, specifically a balance on a Citi Card consumer credit card (hereinafter, the "Debt").

20.     At all material times herein, the Debt is a consumer debt, a result of a transaction for goods or services, incurred primarily for personal, household, or family use.

21.     At all material times herein, Defendant is a "person" subject to Florida Statutes, Section 559.72.  *See* Fla. Stat. § 559.55(5); *Schauer v. General Motors Acceptance Corp.*, 819 So. 2d 809 (Fla. 4th DCA 2002).

22.     At all material times herein, Defendant's conduct, with regard to the Debt complained of below, qualifies as "communication" as defined by Florida Statutes, Section 559.55(2).

23.     At all material times herein, Defendant acts itself or through its agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives, third-party vendors, and insurers.

24.     All necessary conditions precedent to the filing of this action occurred or Defendant waived the same.

4

## **FACTUAL ALLEGATIONS**

25.     Defendant made telephone calls, as more specifically alleged below, to Plaintiff's cellular telephone number 727.XXX.1240 (hereinafter, "Plaintiff's Cellular Telephone") using an automatic telephone dialing system (hereinafter, "ATDS"), a predictive telephone dialing system (hereinafter, "PTDS"), or an artificial or pre-recorded voice (hereinafter, "APV").

26.     Plaintiff owns, regularly uses, and possesses Plaintiff's Cellular Telephone.

27.     At no time herein did Defendant possess Plaintiff's prior express consent to call Plaintiff's Cellular Telephone using an ATDS, a PTDS, or an APV.

28.     Further, if Defendant contends it possessed such consent, Plaintiff revoked any consent the moment that Plaintiff orally instructed Defendant to cease calling Plaintiff's Cellular Telephone, in or about November 2015.

29.     Additionally, if Defendant contends it made the below-referenced phone calls for "informational purposes only," Defendant nevertheless lacked the required prior express written consent necessary to make such informational calls to Plaintiff's Cellular Telephones using an ATDS, a PTDS, or an APV.

30.     Defendant directly made calls to Plaintiff's Cellular Telephone on or about the following dates and times:

| | | | |
|---|---|---|---|
| 1) | 09/23/2015 | 13:33:48 | UTC |
| 2) | 09/23/2015 | 18:04:37 | UTC |
| 3) | 09/23/2015 | 18:04:38 | UTC |
| 4) | 09/23/2015 | 19:24:58 | UTC |
| 5) | 09/23/2015 | 19:24:59 | UTC |
| 6) | 09/24/2015 | 00:49:25 | UTC |
| 7) | 09/24/2015 | 12:50:49 | UTC |
| 8) | 09/24/2015 | 12:50:50 | UTC |
| 9) | 09/24/2015 | 18:59:25 | UTC |
| 10) | 09/24/2015 | 18:59:26 | UTC |
| 11) | 09/25/2015 | 12:40:36 | UTC |
| 12) | 09/29/2015 | 12:41:10 | UTC |
| 13) | 09/29/2015 | 12:41:11 | UTC |

| | | | |
|---|---|---|---|
| 14) | 09/29/2015 | 17:59:00 | UTC |
| 15) | 09/29/2015 | 17:59:01 | UTC |
| 16) | 09/30/2015 | 12:29:15 | UTC |
| 17) | 09/30/2015 | 12:29:16 | UTC |
| 18) | 10/01/2015 | 00:47:31 | UTC |
| 19) | 10/01/2015 | 00:47:32 | UTC |
| 20) | 10/01/2015 | 12:48:16 | UTC |
| 21) | 10/01/2015 | 12:48:17 | UTC |
| 22) | 10/01/2015 | 17:48:44 | UTC |
| 23) | 10/02/2015 | 12:20:50 | UTC |
| 24) | 10/02/2015 | 12:20:51 | UTC |
| 25) | 10/02/2015 | 16:59:02 | UTC |
| 26) | 10/02/2015 | 16:59:03 | UTC |
| 27) | 10/02/2015 | 21:30:44 | UTC |
| 28) | 10/02/2015 | 21:30:45 | UTC |
| 29) | 10/03/2015 | 12:21:40 | UTC |
| 30) | 10/03/2015 | 12:21:41 | UTC |
| 31) | 10/03/2015 | 14:53:41 | UTC |
| 32) | 10/03/2015 | 14:53:42 | UTC |
| 33) | 10/03/2015 | 17:57:32 | UTC |
| 34) | 10/03/2015 | 17:57:33 | UTC |
| 35) | 10/03/2015 | 19:12:47 | UTC |
| 36) | 10/03/2015 | 19:12:48 | UTC |
| 37) | 10/04/2015 | 13:45:30 | UTC |
| 38) | 10/04/2015 | 13:45:31 | UTC |
| 39) | 10/04/2015 | 18:22:39 | UTC |
| 40) | 10/04/2015 | 18:22:40 | UTC |
| 41) | 10/04/2015 | 19:32:26 | UTC |
| 42) | 10/04/2015 | 19:32:27 | UTC |
| 43) | 10/05/2015 | 12:02:23 | UTC |
| 44) | 10/05/2015 | 12:02:24 | UTC |
| 45) | 11/16/2015 | 13:37:28 | UTC |
| 46) | 11/16/2015 | 13:37:29 | UTC |
| 47) | 11/16/2015 | 18:19:42 | UTC |
| 48) | 11/16/2015 | 18:19:43 | UTC |
| 49) | 11/17/2015 | 13:28:27 | UTC |
| 50) | 11/17/2015 | 13:41:47 | UTC |
| 51) | 11/17/2015 | 21:29:37 | UTC |
| 52) | 11/17/2015 | 21:29:38 | UTC |
| 53) | 11/18/2015 | 00:41:18 | UTC |
| 54) | 11/18/2015 | 00:41:18 | UTC |
| 55) | 11/18/2015 | 13:16:59 | UTC |
| 56) | 11/18/2015 | 13:17:00 | UTC |
| 57) | 11/18/2015 | 13:31:34 | UTC |
| 58) | 11/18/2015 | 13:31:35 | UTC |
| 59) | 11/18/2015 | 20:57:12 | UTC |
| 60) | 11/18/2015 | 20:57:12 | UTC |

| | | | |
|---|---|---|---|
| 61) | 11/18/2015 | 21:48:43 | UTC |
| 62) | 11/18/2015 | 21:48:43 | UTC |
| 63) | 11/19/2015 | 13:01:29 | UTC |
| 64) | 11/19/2015 | 13:01:30 | UTC |
| 65) | 11/19/2015 | 13:05:13 | UTC |
| 66) | 11/19/2015 | 13:05:14 | UTC |
| 67) | 11/19/2015 | 17:38:45 | UTC |
| 68) | 11/19/2015 | 17:38:45 | UTC |
| 69) | 11/19/2015 | 21:50:34 | UTC |
| 70) | 11/19/2015 | 21:50:36 | UTC |
| 71) | 11/19/2015 | 22:39:37 | UTC |
| 72) | 11/19/2015 | 22:39:39 | UTC |
| 73) | 11/20/2015 | 13:11:45 | UTC |
| 74) | 11/20/2015 | 13:12:11 | UTC |
| 75) | 11/20/2015 | 13:12:12 | UTC |
| 76) | 11/20/2015 | 17:58:20 | UTC |
| 77) | 11/20/2015 | 17:58:21 | UTC |
| 78) | 11/21/2015 | 00:04:33 | UTC |
| 79) | 11/21/2015 | 00:04:34 | UTC |
| 80) | 11/21/2015 | 13:11:47 | UTC |
| 81) | 11/21/2015 | 13:11:48 | UTC |
| 82) | 11/21/2015 | 13:22:44 | UTC |
| 83) | 11/21/2015 | 13:22:45 | UTC |
| 84) | 11/21/2015 | 18:58:40 | UTC |
| 85) | 11/21/2015 | 18:58:40 | UTC |
| 86) | 11/22/2015 | 14:31:56 | UTC |
| 87) | 11/22/2015 | 14:31:57 | UTC |
| 88) | 11/22/2015 | 15:39:01 | UTC |
| 89) | 11/22/2015 | 15:39:02 | UTC |
| 90) | 11/22/2015 | 21:16:47 | UTC |
| 91) | 11/22/2015 | 21:16:48 | UTC |
| 92) | 11/22/2015 | 21:50:46 | UTC |
| 93) | 11/22/2015 | 21:50:47 | UTC |
| 94) | 11/23/2015 | 00:33:36 | UTC |
| 95) | 11/23/2015 | 00:33:36 | UTC |
| 96) | 11/23/2015 | 13:21:47 | UTC |
| 97) | 11/23/2015 | 13:21:48 | UTC |
| 98) | 11/23/2015 | 13:59:18 | UTC |
| 99) | 11/23/2015 | 20:50:43 | UTC |
| 100) | 11/23/2015 | 20:50:44 | UTC |
| 101) | 11/23/2015 | 21:23:55 | UTC |
| 102) | 11/23/2015 | 21:23:56 | UTC |
| 103) | 11/24/2015 | 13:18:19 | UTC |
| 104) | 11/24/2015 | 13:18:21 | UTC |
| 105) | 11/24/2015 | 13:19:58 | UTC |
| 106) | 11/24/2015 | 17:53:51 | UTC |
| 107) | 11/24/2015 | 17:53:52 | UTC |

| 108) | 11/24/2015 | 22:52:43 | UTC |
|---|---|---|---|
| 109) | 11/24/2015 | 22:52:45 | UTC |
| 110) | 11/29/2015 | 18:05:57 | UTC |
| 111) | 11/29/2015 | 18:05:59 | UTC |
| 112) | 01/15/2016 | 13:46:00 | UTC |
| 113) | 01/15/2016 | 13:46:01 | UTC |
| 114) | 01/15/2016 | 18:53:06 | UTC |
| 115) | 01/16/2016 | 01:01:47 | UTC |
| 116) | 01/16/2016 | 01:01:48 | UTC |
| 117) | 01/16/2016 | 13:46:19 | UTC |
| 118) | 01/16/2016 | 13:46:20 | UTC |
| 119) | 01/16/2016 | 21:33:13 | UTC |
| 120) | 01/16/2016 | 21:33:14 | UTC |
| 121) | 01/16/2016 | 22:34:49 | UTC |
| 122) | 01/16/2016 | 22:34:50 | UTC |
| 123) | 01/16/2016 | 23:43:03 | UTC |
| 124) | 01/16/2016 | 23:43:04 | UTC |
| 125) | 01/17/2016 | 19:53:32 | UTC |
| 126) | 01/17/2016 | 19:53:33 | UTC |
| 127) | 01/17/2016 | 22:23:04 | UTC |
| 128) | 01/17/2016 | 22:23:05 | UTC |
| 129) | 01/17/2016 | 22:37:38 | UTC |
| 130) | 01/17/2016 | 22:37:39 | UTC |
| 131) | 01/18/2016 | 00:44:58 | UTC |
| 132) | 01/18/2016 | 00:44:59 | UTC |
| 133) | 01/18/2016 | 13:12:38 | UTC |
| 134) | 01/18/2016 | 13:12:39 | UTC |
| 135) | 01/18/2016 | 18:03:27 | UTC |
| 136) | 01/18/2016 | 18:03:28 | UTC |
| 137) | 01/18/2016 | 21:57:52 | UTC |
| 138) | 01/18/2016 | 21:57:53 | UTC |
| 139) | 01/18/2016 | 22:42:22 | UTC |
| 140) | 01/18/2016 | 22:42:23 | UTC |
| 141) | 01/19/2016 | 13:22:14 | UTC |
| 142) | 01/19/2016 | 13:22:15 | UTC |
| 143) | 01/19/2016 | 17:53:55 | UTC |
| 144) | 01/19/2016 | 17:53:56 | UTC |
| 145) | 01/19/2016 | 21:24:42 | UTC |
| 146) | 01/19/2016 | 21:24:43 | UTC |
| 147) | 01/19/2016 | 22:38:36 | UTC |
| 148) | 01/19/2016 | 22:38:37 | UTC |
| 149) | 01/20/2016 | 13:42:28 | UTC |
| 150) | 01/20/2016 | 13:42:29 | UTC |
| 151) | 01/20/2016 | 20:47:41 | UTC |
| 152) | 01/20/2016 | 20:47:42 | UTC |
| 153) | 01/20/2016 | 22:21:20 | UTC |
| 154) | 01/20/2016 | 22:21:21 | UTC |

| 155) | 01/21/2016 | 01:49:46 | UTC |
| 156) | 01/21/2016 | 01:49:47 | UTC |
| 157) | 01/21/2016 | 13:44:31 | UTC |
| 158) | 01/21/2016 | 13:44:32 | UTC |
| 159) | 01/21/2016 | 19:57:45 | UTC |
| 160) | 01/21/2016 | 19:57:46 | UTC |
| 161) | 01/21/2016 | 20:58:33 | UTC |
| 162) | 01/21/2016 | 20:58:34 | UTC |
| 163) | 01/22/2016 | 00:29:23 | UTC |
| 164) | 01/22/2016 | 00:29:24 | UTC |
| 165) | 01/22/2016 | 13:38:14 | UTC |
| 166) | 01/22/2016 | 13:38:15 | UTC |
| 167) | 01/22/2016 | 21:01:11 | UTC |
| 168) | 01/22/2016 | 21:01:12 | UTC |
| 169) | 01/23/2016 | 00:56:54 | UTC |
| 170) | 01/23/2016 | 00:56:55 | UTC |
| 171) | 01/23/2016 | 13:29:06 | UTC |
| 172) | 01/23/2016 | 13:29:07 | UTC |
| 173) | 01/23/2016 | 15:47:50 | UTC |
| 174) | 01/23/2016 | 15:47:51 | UTC |
| 175) | 01/23/2016 | 20:37:54 | UTC |
| 176) | 01/23/2016 | 20:37:55 | UTC |
| 177) | 01/24/2016 | 00:36:33 | UTC |
| 178) | 01/24/2016 | 00:36:34 | UTC |
| 179) | 01/24/2016 | 14:58:20 | UTC |
| 180) | 01/24/2016 | 14:58:21 | UTC |
| 181) | 01/24/2016 | 17:49:22 | UTC |
| 182) | 01/24/2016 | 17:49:23 | UTC |
| 183) | 01/24/2016 | 19:54:05 | UTC |
| 184) | 01/24/2016 | 19:54:06 | UTC |
| 185) | 01/24/2016 | 21:08:32 | UTC |
| 186) | 01/24/2016 | 21:08:33 | UTC |
| 187) | 01/25/2016 | 13:15:15 | UTC |
| 188) | 01/25/2016 | 13:15:16 | UTC |
| 189) | 02/08/2016 | 13:37:24 | UTC |
| 190) | 02/08/2016 | 13:37:25 | UTC |
| 191) | 02/08/2016 | 18:45:49 | UTC |
| 192) | 02/08/2016 | 18:45:50 | UTC |
| 193) | 02/08/2016 | 21:24:40 | UTC |
| 194) | 02/08/2016 | 21:24:41 | UTC |
| 195) | 02/09/2016 | 01:26:21 | UTC |
| 196) | 02/09/2016 | 01:26:22 | UTC |
| 197) | 02/09/2016 | 13:30:15 | UTC |
| 198) | 02/09/2016 | 13:30:16 | UTC |
| 199) | 02/09/2016 | 18:18:04 | UTC |
| 200) | 02/09/2016 | 18:18:05 | UTC |
| 201) | 02/09/2016 | 20:07:23 | UTC |

| | | | |
|---|---|---|---|
| 202) | 02/09/2016 | 20:07:24 | UTC |
| 203) | 02/09/2016 | 23:03:45 | UTC |
| 204) | 02/09/2016 | 23:03:46 | UTC |
| 205) | 02/10/2016 | 18:15:12 | UTC |
| 206) | 02/10/2016 | 18:15:13 | UTC |
| 207) | 02/10/2016 | 20:49:44 | UTC |
| 208) | 02/10/2016 | 20:49:45 | UTC |
| 209) | 02/10/2016 | 22:46:49 | UTC |
| 210) | 02/10/2016 | 22:46:50 | UTC |
| 211) | 03/16/2016 | 00:09:00 | UTC |
| 212) | 03/16/2016 | 00:09:02 | UTC |
| 213) | 03/16/2016 | 12:59:10 | UTC |
| 214) | 03/16/2016 | 12:59:12 | UTC |
| 215) | 03/16/2016 | 17:57:45 | UTC |
| 216) | 03/16/2016 | 17:57:47 | UTC |
| 217) | 03/16/2016 | 23:35:12 | UTC |
| 218) | 03/16/2016 | 23:35:13 | UTC |
| 219) | 03/17/2016 | 12:18:25 | UTC |
| 220) | 03/17/2016 | 12:18:27 | UTC |
| 221) | 03/17/2016 | 17:06:32 | UTC |
| 222) | 03/17/2016 | 17:06:34 | UTC |
| 223) | 03/17/2016 | 21:38:07 | UTC |
| 224) | 03/17/2016 | 21:38:09 | UTC |
| 225) | 03/18/2016 | 12:14:16 | UTC |
| 226) | 03/18/2016 | 12:14:18 | UTC |
| 227) | 03/18/2016 | 16:45:49 | UTC |
| 228) | 03/18/2016 | 16:45:51 | UTC |
| 229) | 03/18/2016 | 21:45:04 | UTC |
| 230) | 03/18/2016 | 21:45:05 | UTC |
| 231) | 03/19/2016 | 12:23:38 | UTC |
| 232) | 03/19/2016 | 12:23:40 | UTC |
| 233) | 03/19/2016 | 14:24:53 | UTC |
| 234) | 03/19/2016 | 14:24:54 | UTC |
| 235) | 03/19/2016 | 16:57:25 | UTC |
| 236) | 03/19/2016 | 16:57:26 | UTC |
| 237) | 03/20/2016 | 14:03:07 | UTC |
| 238) | 03/20/2016 | 14:03:09 | UTC |
| 239) | 03/21/2016 | 12:16:00 | UTC |
| 240) | 03/21/2016 | 12:16:02 | UTC |
| 241) | 04/07/2016 | 13:32:16 | UTC |
| 242) | 04/07/2016 | 13:32:16 | UTC |
| 243) | 04/07/2016 | 17:09:30 | UTC |
| 244) | 04/07/2016 | 17:09:30 | UTC |
| 245) | 04/07/2016 | 20:11:34 | UTC |
| 246) | 04/07/2016 | 20:11:36 | UTC |
| 247) | 04/07/2016 | 23:13:47 | UTC |
| 248) | 04/07/2016 | 23:13:47 | UTC |

| | | | |
|---|---|---|---|
| 249) | 04/08/2016 | 13:21:50 | UTC |
| 250) | 04/08/2016 | 13:21:50 | UTC |
| 251) | 04/08/2016 | 16:27:06 | UTC |
| 252) | 04/08/2016 | 16:27:06 | UTC |
| 253) | 04/08/2016 | 18:11:15 | UTC |
| 254) | 04/08/2016 | 18:11:15 | UTC |
| 255) | 04/08/2016 | 23:06:07 | UTC |
| 256) | 04/08/2016 | 23:06:08 | UTC |
| 257) | 04/09/2016 | 17:48:21 | UTC |
| 258) | 04/09/2016 | 17:48:21 | UTC |
| 259) | 04/09/2016 | 18:55:46 | UTC |
| 260) | 04/09/2016 | 18:55:47 | UTC |
| 261) | 04/09/2016 | 20:05:47 | UTC |
| 262) | 04/09/2016 | 20:05:48 | UTC |
| 263) | 04/09/2016 | 22:08:25 | UTC |
| 264) | 04/09/2016 | 22:08:26 | UTC |
| 265) | 04/10/2016 | 15:52:05 | UTC |
| 266) | 04/10/2016 | 15:52:06 | UTC |
| 267) | 04/10/2016 | 19:01:46 | UTC |
| 268) | 04/10/2016 | 19:01:48 | UTC |
| 269) | 04/10/2016 | 19:15:43 | UTC |
| 270) | 04/10/2016 | 19:15:44 | UTC |
| 271) | 04/10/2016 | 21:02:37 | UTC |
| 272) | 04/10/2016 | 21:02:38 | UTC |
| 273) | 04/10/2016 | 23:03:27 | UTC |
| 274) | 04/10/2016 | 23:03:27 | UTC |
| 275) | 04/11/2016 | 13:50:12 | UTC |
| 276) | 04/11/2016 | 13:50:12 | UTC |
| 277) | 04/11/2016 | 16:52:03 | UTC |
| 278) | 04/11/2016 | 16:52:04 | UTC |
| 279) | 04/11/2016 | 18:23:37 | UTC |
| 280) | 04/11/2016 | 18:23:38 | UTC |
| 281) | 04/11/2016 | 19:53:26 | UTC |
| 282) | 04/11/2016 | 19:53:27 | UTC |
| 283) | 04/11/2016 | 23:32:07 | UTC |
| 284) | 04/11/2016 | 23:32:08 | UTC |
| 285) | 04/12/2016 | 13:44:07 | UTC |
| 286) | 04/12/2016 | 13:44:07 | UTC |
| 287) | 04/12/2016 | 16:48:34 | UTC |
| 288) | 04/12/2016 | 16:48:34 | UTC |
| 289) | 04/12/2016 | 19:14:15 | UTC |
| 290) | 04/12/2016 | 19:14:16 | UTC |
| 291) | 04/12/2016 | 21:35:07 | UTC |
| 292) | 04/12/2016 | 21:35:08 | UTC |
| 293) | 04/13/2016 | 00:36:36 | UTC |
| 294) | 04/13/2016 | 00:36:37 | UTC |
| 295) | 04/13/2016 | 13:56:12 | UTC |

| | | | |
|---|---|---|---|
| 296) | 04/13/2016 | 13:56:12 | UTC |
| 297) | 05/16/2016 | 16:31:57 | UTC |
| 298) | 05/16/2016 | 19:49:24 | UTC |
| 299) | 05/16/2016 | 22:52:31 | UTC |
| 300) | 05/17/2016 | 13:00:44 | UTC |
| 301) | 05/17/2016 | 16:09:41 | UTC |
| 302) | 05/17/2016 | 19:20:04 | UTC |
| 303) | 05/17/2016 | 22:20:34 | UTC |
| 304) | 05/18/2016 | 13:01:36 | UTC |
| 305) | 05/18/2016 | 16:21:38 | UTC |
| 306) | 05/18/2016 | 16:21:39 | UTC |
| 307) | 05/18/2016 | 19:29:35 | UTC |
| 308) | 05/18/2016 | 19:29:36 | UTC |
| 309) | 05/18/2016 | 23:02:16 | UTC |
| 310) | 05/18/2016 | 23:02:17 | UTC |
| 311) | 05/19/2016 | 14:42:53 | UTC |
| 312) | 05/19/2016 | 14:42:54 | UTC |
| 313) | 05/19/2016 | 17:43:42 | UTC |
| 314) | 05/19/2016 | 17:43:43 | UTC |
| 315) | 05/19/2016 | 23:51:47 | UTC |
| 316) | 05/19/2016 | 23:51:48 | UTC |
| 317) | 05/20/2016 | 13:29:09 | UTC |
| 318) | 05/20/2016 | 13:29:10 | UTC |
| 319) | 05/20/2016 | 16:50:49 | UTC |
| 320) | 05/20/2016 | 16:50:50 | UTC |
| 321) | 05/20/2016 | 19:52:15 | UTC |
| 322) | 05/20/2016 | 19:52:16 | UTC |
| 323) | 05/20/2016 | 23:19:01 | UTC |
| 324) | 05/20/2016 | 23:19:02 | UTC |
| 325) | 05/21/2016 | 15:46:03 | UTC |
| 326) | 05/21/2016 | 17:53:25 | UTC |
| 327) | 05/21/2016 | 17:53:26 | UTC |
| 328) | 05/21/2016 | 19:55:13 | UTC |
| 329) | 05/21/2016 | 19:55:14 | UTC |
| 330) | 05/21/2016 | 23:38:51 | UTC |
| 331) | 05/21/2016 | 23:38:52 | UTC |
| 332) | 05/22/2016 | 14:15:51 | UTC |
| 333) | 05/22/2016 | 14:15:52 | UTC |
| 334) | 05/22/2016 | 16:17:13 | UTC |
| 335) | 05/22/2016 | 16:17:14 | UTC |
| 336) | 05/22/2016 | 18:24:45 | UTC |
| 337) | 05/22/2016 | 18:24:46 | UTC |
| 338) | 05/22/2016 | 20:31:35 | UTC |
| 339) | 05/22/2016 | 20:31:36 | UTC |
| 340) | 05/23/2016 | 13:25:03 | UTC |
| 341) | 05/23/2016 | 13:25:04 | UTC |
| 342) | 05/23/2016 | 17:33:28 | UTC |

| | | | |
|---|---|---|---|
| 343) | 05/23/2016 | 17:33:29 | UTC |
| 344) | 05/23/2016 | 20:34:45 | UTC |
| 345) | 05/23/2016 | 20:34:46 | UTC |
| 346) | 05/23/2016 | 23:35:54 | UTC |
| 347) | 05/23/2016 | 23:35:55 | UTC |
| 348) | 05/24/2016 | 13:29:03 | UTC |
| 349) | 05/24/2016 | 13:29:04 | UTC |
| 350) | 05/24/2016 | 16:48:21 | UTC |
| 351) | 05/24/2016 | 16:48:22 | UTC |
| 352) | 05/24/2016 | 19:49:47 | UTC |
| 353) | 05/24/2016 | 19:49:48 | UTC |
| 354) | 05/24/2016 | 23:06:20 | UTC |
| 355) | 05/24/2016 | 23:06:21 | UTC |
| 356) | 05/25/2016 | 14:47:52 | UTC |
| 357) | 05/25/2016 | 14:47:53 | UTC |
| 358) | 05/25/2016 | 17:59:07 | UTC |
| 359) | 05/25/2016 | 17:59:08 | UTC |
| 360) | 05/25/2016 | 21:00:21 | UTC |
| 361) | 05/25/2016 | 21:00:22 | UTC |
| 362) | 05/26/2016 | 00:01:07 | UTC |
| 363) | 05/26/2016 | 00:01:08 | UTC |
| 364) | 05/26/2016 | 14:01:31 | UTC |
| 365) | 05/26/2016 | 14:01:32 | UTC |
| 366) | 05/26/2016 | 17:12:04 | UTC |
| 367) | 05/26/2016 | 17:12:05 | UTC |
| 368) | 05/26/2016 | 20:13:19 | UTC |
| 369) | 05/26/2016 | 20:13:20 | UTC |
| 370) | 05/26/2016 | 23:14:08 | UTC |
| 371) | 05/26/2016 | 23:14:09 | UTC |
| 372) | 05/27/2016 | 13:02:54 | UTC |
| 373) | 05/27/2016 | 13:02:55 | UTC |
| 374) | 05/27/2016 | 16:07:56 | UTC |
| 375) | 05/27/2016 | 16:07:57 | UTC |
| 376) | 05/27/2016 | 19:09:31 | UTC |
| 377) | 05/27/2016 | 19:09:32 | UTC |
| 378) | 05/27/2016 | 22:10:18 | UTC |
| 379) | 05/27/2016 | 22:10:19 | UTC |
| 380) | 05/28/2016 | 14:00:50 | UTC |
| 381) | 05/28/2016 | 14:00:51 | UTC |
| 382) | 05/28/2016 | 16:02:09 | UTC |
| 383) | 05/28/2016 | 16:02:10 | UTC |
| 384) | 05/28/2016 | 20:36:27 | UTC |
| 385) | 05/28/2016 | 20:36:28 | UTC |
| 386) | 05/29/2016 | 15:23:52 | UTC |
| 387) | 05/29/2016 | 15:23:53 | UTC |
| 388) | 05/29/2016 | 18:07:26 | UTC |
| 389) | 05/29/2016 | 18:07:27 | UTC |

| | | | |
|---|---|---|---|
| 390) | 05/29/2016 | 20:08:22 | UTC |
| 391) | 05/29/2016 | 20:08:23 | UTC |
| 392) | 05/29/2016 | 22:09:45 | UTC |
| 393) | 05/29/2016 | 22:09:46 | UTC |
| 394) | 05/30/2016 | 13:16:59 | UTC |
| 395) | 05/30/2016 | 13:17:00 | UTC |
| 396) | 05/30/2016 | 16:17:49 | UTC |
| 397) | 05/30/2016 | 16:17:50 | UTC |
| 398) | 05/30/2016 | 19:19:17 | UTC |
| 399) | 05/30/2016 | 19:19:18 | UTC |
| 400) | 05/31/2016 | 13:37:05 | UTC |
| 401) | 05/31/2016 | 13:37:06 | UTC |
| 402) | 05/31/2016 | 17:29:41 | UTC |
| 403) | 05/31/2016 | 17:29:42 | UTC |
| 404) | 05/31/2016 | 20:31:17 | UTC |
| 405) | 05/31/2016 | 20:31:18 | UTC |
| 406) | 05/31/2016 | 23:33:25 | UTC |
| 407) | 05/31/2016 | 23:33:26 | UTC |
| 408) | 06/01/2016 | 14:53:31 | UTC |
| 409) | 06/01/2016 | 14:53:32 | UTC |
| 410) | 06/01/2016 | 17:55:05 | UTC |
| 411) | 06/01/2016 | 17:55:06 | UTC |
| 412) | 06/01/2016 | 20:56:34 | UTC |
| 413) | 06/01/2016 | 20:56:35 | UTC |
| 414) | 06/01/2016 | 23:57:27 | UTC |
| 415) | 06/01/2016 | 23:57:28 | UTC |
| 416) | 06/02/2016 | 13:02:29 | UTC |
| 417) | 06/02/2016 | 13:02:30 | UTC |
| 418) | 06/02/2016 | 16:43:29 | UTC |
| 419) | 06/02/2016 | 16:43:30 | UTC |
| 420) | 06/02/2016 | 19:44:56 | UTC |
| 421) | 06/02/2016 | 19:44:57 | UTC |
| 422) | 06/02/2016 | 22:45:47 | UTC |
| 423) | 06/02/2016 | 22:45:48 | UTC |
| 424) | 06/03/2016 | 13:48:47 | UTC |
| 425) | 06/03/2016 | 16:49:58 | UTC |
| 426) | 06/03/2016 | 16:49:59 | UTC |
| 427) | 06/03/2016 | 19:51:14 | UTC |
| 428) | 06/03/2016 | 19:51:15 | UTC |
| 429) | 06/03/2016 | 22:52:31 | UTC |
| 430) | 06/03/2016 | 22:52:32 | UTC |
| 431) | 06/04/2016 | 13:26:19 | UTC |
| 432) | 06/04/2016 | 13:26:20 | UTC |
| 433) | 06/04/2016 | 15:40:41 | UTC |
| 434) | 06/04/2016 | 15:40:42 | UTC |
| 435) | 06/04/2016 | 17:43:35 | UTC |
| 436) | 06/04/2016 | 17:43:36 | UTC |

| | | | |
|---|---|---|---|
| 437) | 06/04/2016 | 19:44:53 | UTC |
| 438) | 06/04/2016 | 19:44:54 | UTC |
| 439) | 06/05/2016 | 14:16:42 | UTC |
| 440) | 06/05/2016 | 14:16:43 | UTC |
| 441) | 06/05/2016 | 16:18:20 | UTC |
| 442) | 06/05/2016 | 16:18:20 | UTC |
| 443) | 06/05/2016 | 18:20:01 | UTC |
| 444) | 06/05/2016 | 18:20:02 | UTC |
| 445) | 06/05/2016 | 20:21:21 | UTC |
| 446) | 06/05/2016 | 20:21:22 | UTC |
| 447) | 06/06/2016 | 13:26:11 | UTC |
| 448) | 06/06/2016 | 13:26:12 | UTC |
| 449) | 06/06/2016 | 16:29:58 | UTC |
| 450) | 06/06/2016 | 16:29:59 | UTC |
| 451) | 06/06/2016 | 19:35:14 | UTC |
| 452) | 06/06/2016 | 19:35:15 | UTC |
| 453) | 06/06/2016 | 22:36:31 | UTC |
| 454) | 06/06/2016 | 22:36:32 | UTC |
| 455) | 06/07/2016 | 13:32:37 | UTC |
| 456) | 06/07/2016 | 13:32:38 | UTC |
| 457) | 06/07/2016 | 16:42:59 | UTC |
| 458) | 06/07/2016 | 16:43:00 | UTC |
| 459) | 06/07/2016 | 19:44:28 | UTC |
| 460) | 06/07/2016 | 19:44:30 | UTC |
| 461) | 06/07/2016 | 22:45:20 | UTC |
| 462) | 06/07/2016 | 22:45:21 | UTC |
| 463) | 06/08/2016 | 13:01:45 | UTC |
| 464) | 06/08/2016 | 13:01:46 | UTC |
| 465) | 06/08/2016 | 16:26:50 | UTC |
| 466) | 06/08/2016 | 16:26:52 | UTC |
| 467) | 06/08/2016 | 19:54:36 | UTC |
| 468) | 06/08/2016 | 19:54:37 | UTC |
| 469) | 06/08/2016 | 22:55:40 | UTC |
| 470) | 06/08/2016 | 22:55:41 | UTC |
| 471) | 06/09/2016 | 14:50:49 | UTC |
| 472) | 06/09/2016 | 14:50:50 | UTC |
| 473) | 06/09/2016 | 17:51:44 | UTC |
| 474) | 06/09/2016 | 17:51:45 | UTC |
| 475) | 06/09/2016 | 20:52:54 | UTC |
| 476) | 06/09/2016 | 20:52:55 | UTC |
| 477) | 06/09/2016 | 23:54:29 | UTC |
| 478) | 06/09/2016 | 23:54:30 | UTC |
| 479) | 06/10/2016 | 14:01:33 | UTC |
| 480) | 06/10/2016 | 14:01:34 | UTC |
| 481) | 06/10/2016 | 17:11:14 | UTC |
| 482) | 06/10/2016 | 20:15:48 | UTC |
| 483) | 06/11/2016 | 00:07:39 | UTC |

| | | | |
|---|---|---|---|
| 484) | 06/11/2016 | 13:43:03 | UTC |
| 485) | 06/11/2016 | 15:53:41 | UTC |
| 486) | 06/11/2016 | 18:31:57 | UTC |
| 487) | 06/11/2016 | 20:32:10 | UTC |
| 488) | 06/12/2016 | 14:59:14 | UTC |
| 489) | 06/12/2016 | 17:01:57 | UTC |
| 490) | 06/12/2016 | 21:08:22 | UTC |
| 491) | 06/12/2016 | 21:08:23 | UTC |
| 492) | 06/27/2016 | 19:24:24 | UTC |
| 493) | 06/27/2016 | 19:24:25 | UTC |
| 494) | 06/27/2016 | 22:25:43 | UTC |
| 495) | 06/27/2016 | 22:25:44 | UTC |
| 496) | 06/28/2016 | 13:39:44 | UTC |
| 497) | 06/28/2016 | 13:39:45 | UTC |
| 498) | 06/28/2016 | 16:40:54 | UTC |
| 499) | 06/28/2016 | 16:40:55 | UTC |
| 500) | 06/28/2016 | 19:42:42 | UTC |
| 501) | 06/28/2016 | 19:42:43 | UTC |
| 502) | 06/28/2016 | 22:45:07 | UTC |
| 503) | 06/28/2016 | 22:45:08 | UTC |
| 504) | 06/29/2016 | 17:20:29 | UTC |
| 505) | 06/29/2016 | 17:20:30 | UTC |
| 506) | 06/29/2016 | 20:22:11 | UTC |
| 507) | 06/29/2016 | 20:22:12 | UTC |
| 508) | 06/29/2016 | 23:49:55 | UTC |
| 509) | 06/29/2016 | 23:49:56 | UTC |
| 510) | 06/30/2016 | 13:34:28 | UTC |
| 511) | 06/30/2016 | 13:34:29 | UTC |
| 512) | 06/30/2016 | 17:10:31 | UTC |
| 513) | 06/30/2016 | 17:10:32 | UTC |
| 514) | 06/30/2016 | 20:11:49 | UTC |
| 515) | 06/30/2016 | 20:11:50 | UTC |
| 516) | 06/30/2016 | 23:54:18 | UTC |
| 517) | 06/30/2016 | 23:54:19 | UTC |
| 518) | 07/01/2016 | 13:47:35 | UTC |
| 519) | 07/01/2016 | 13:47:36 | UTC |
| 520) | 07/01/2016 | 16:51:05 | UTC |
| 521) | 07/01/2016 | 16:51:06 | UTC |
| 522) | 07/01/2016 | 19:57:03 | UTC |
| 523) | 07/01/2016 | 19:57:04 | UTC |
| 524) | 07/01/2016 | 23:55:48 | UTC |
| 525) | 07/01/2016 | 23:55:49 | UTC |
| 526) | 07/02/2016 | 13:34:57 | UTC |
| 527) | 07/02/2016 | 13:34:58 | UTC |
| 528) | 07/02/2016 | 15:54:49 | UTC |
| 529) | 07/02/2016 | 15:54:50 | UTC |
| 530) | 07/02/2016 | 19:45:21 | UTC |

| | | | |
|---|---|---|---|
| 531) | 07/02/2016 | 19:45:22 | UTC |
| 532) | 07/02/2016 | 21:50:47 | UTC |
| 533) | 07/02/2016 | 21:50:48 | UTC |
| 534) | 07/03/2016 | 15:01:38 | UTC |
| 535) | 07/03/2016 | 15:01:39 | UTC |
| 536) | 07/03/2016 | 17:38:06 | UTC |
| 537) | 07/03/2016 | 17:38:07 | UTC |
| 538) | 07/03/2016 | 19:39:33 | UTC |
| 539) | 07/03/2016 | 19:39:34 | UTC |
| 540) | 07/03/2016 | 21:40:40 | UTC |
| 541) | 07/03/2016 | 21:40:41 | UTC |
| 542) | 07/04/2016 | 14:19:45 | UTC |
| 543) | 07/04/2016 | 14:19:46 | UTC |
| 544) | 07/04/2016 | 16:29:20 | UTC |
| 545) | 07/04/2016 | 16:29:21 | UTC |
| 546) | 07/04/2016 | 19:27:50 | UTC |
| 547) | 07/04/2016 | 19:27:51 | UTC |
| 548) | 07/04/2016 | 21:28:36 | UTC |
| 549) | 07/04/2016 | 21:28:37 | UTC |
| 550) | 07/05/2016 | 13:22:09 | UTC |
| 551) | 07/05/2016 | 13:22:10 | UTC |
| 552) | 07/05/2016 | 16:32:48 | UTC |
| 553) | 07/05/2016 | 16:32:49 | UTC |
| 554) | 07/05/2016 | 19:44:51 | UTC |
| 555) | 07/05/2016 | 19:44:52 | UTC |
| 556) | 07/05/2016 | 22:45:55 | UTC |
| 557) | 07/05/2016 | 22:45:56 | UTC |
| 558) | 07/06/2016 | 13:35:04 | UTC |
| 559) | 07/06/2016 | 13:35:05 | UTC |
| 560) | 07/06/2016 | 16:46:35 | UTC |
| 561) | 07/06/2016 | 16:46:36 | UTC |
| 562) | 07/06/2016 | 19:49:20 | UTC |
| 563) | 07/06/2016 | 19:49:21 | UTC |
| 564) | 07/07/2016 | 00:45:50 | UTC |
| 565) | 07/07/2016 | 00:45:51 | UTC |
| 566) | 07/07/2016 | 13:01:22 | UTC |
| 567) | 07/07/2016 | 13:01:23 | UTC |
| 568) | 07/07/2016 | 16:20:05 | UTC |
| 569) | 07/07/2016 | 16:20:06 | UTC |
| 570) | 07/07/2016 | 19:26:32 | UTC |
| 571) | 07/07/2016 | 19:26:33 | UTC |
| 572) | 07/07/2016 | 22:31:05 | UTC |
| 573) | 07/07/2016 | 22:31:06 | UTC |
| 574) | 07/08/2016 | 13:23:56 | UTC |
| 575) | 07/08/2016 | 13:23:57 | UTC |
| 576) | 07/08/2016 | 16:29:48 | UTC |
| 577) | 07/08/2016 | 16:29:49 | UTC |

| | | | |
|---|---|---|---|
| 578) | 07/08/2016 | 19:38:09 | UTC |
| 579) | 07/08/2016 | 19:38:10 | UTC |
| 580) | 07/08/2016 | 22:41:56 | UTC |
| 581) | 07/08/2016 | 22:41:57 | UTC |
| 582) | 07/09/2016 | 16:50:21 | UTC |
| 583) | 07/09/2016 | 16:50:22 | UTC |
| 584) | 07/09/2016 | 20:56:41 | UTC |
| 585) | 07/09/2016 | 20:56:42 | UTC |
| 586) | 07/09/2016 | 23:56:20 | UTC |
| 587) | 07/09/2016 | 23:56:21 | UTC |
| 588) | 07/10/2016 | 15:54:46 | UTC |
| 589) | 07/10/2016 | 15:54:47 | UTC |
| 590) | 07/10/2016 | 18:31:29 | UTC |
| 591) | 07/10/2016 | 18:31:30 | UTC |
| 592) | 07/10/2016 | 20:32:35 | UTC |
| 593) | 07/10/2016 | 20:32:36 | UTC |
| 594) | 07/10/2016 | 22:33:24 | UTC |
| 595) | 07/10/2016 | 22:33:25 | UTC |
| 596) | 08/01/2016 | 21:23:25 | UTC |
| 597) | 08/01/2016 | 21:23:26 | UTC |
| 598) | 08/02/2016 | 12:27:48 | UTC |
| 599) | 08/02/2016 | 12:27:49 | UTC |
| 600) | 08/02/2016 | 16:58:25 | UTC |
| 601) | 08/03/2016 | 12:23:10 | UTC |
| 602) | 08/03/2016 | 12:23:11 | UTC |
| 603) | 08/03/2016 | 17:05:23 | UTC |
| 604) | 08/03/2016 | 17:05:24 | UTC |
| 605) | 08/03/2016 | 22:28:10 | UTC |
| 606) | 08/03/2016 | 22:28:11 | UTC |
| 607) | 08/04/2016 | 12:16:31 | UTC |
| 608) | 08/04/2016 | 12:16:32 | UTC |
| 609) | 08/04/2016 | 16:50:47 | UTC |
| 610) | 08/04/2016 | 16:50:48 | UTC |
| 611) | 08/04/2016 | 21:32:05 | UTC |
| 612) | 08/04/2016 | 21:32:06 | UTC |
| 613) | 08/05/2016 | 12:07:49 | UTC |
| 614) | 08/05/2016 | 12:07:50 | UTC |
| 615) | 08/05/2016 | 16:39:08 | UTC |
| 616) | 08/05/2016 | 16:39:09 | UTC |
| 617) | 08/05/2016 | 21:21:49 | UTC |
| 618) | 08/05/2016 | 21:21:50 | UTC |
| 619) | 08/06/2016 | 12:21:48 | UTC |
| 620) | 08/06/2016 | 12:21:49 | UTC |
| 621) | 08/06/2016 | 14:24:28 | UTC |
| 622) | 08/06/2016 | 14:24:29 | UTC |
| 623) | 08/06/2016 | 16:54:00 | UTC |
| 624) | 08/06/2016 | 16:54:01 | UTC |

| | | | |
|---|---|---|---|
| 625) | 08/07/2016 | 13:09:43 | UTC |
| 626) | 08/07/2016 | 13:09:44 | UTC |
| 627) | 08/07/2016 | 16:28:53 | UTC |
| 628) | 08/07/2016 | 16:28:54 | UTC |
| 629) | 08/07/2016 | 19:32:44 | UTC |
| 630) | 08/07/2016 | 19:32:45 | UTC |
| 631) | 09/19/2016 | 12:15:26 | UTC |
| 632) | 09/19/2016 | 12:15:27 | UTC |
| 633) | 09/19/2016 | 16:42:47 | UTC |
| 634) | 09/19/2016 | 16:42:48 | UTC |
| 635) | 09/20/2016 | 17:08:45 | UTC |
| 636) | 09/20/2016 | 17:08:46 | UTC |
| 637) | 09/21/2016 | 12:51:06 | UTC |
| 638) | 09/21/2016 | 12:51:07 | UTC |
| 639) | 09/22/2016 | 12:54:48 | UTC |
| 640) | 09/22/2016 | 12:54:49 | UTC |
| 641) | 09/22/2016 | 19:55:19 | UTC |
| 642) | 09/22/2016 | 19:55:20 | UTC |
| 643) | 09/23/2016 | 00:17:53 | UTC |
| 644) | 09/23/2016 | 00:17:54 | UTC |
| 645) | 09/23/2016 | 12:52:50 | UTC |
| 646) | 09/23/2016 | 12:52:51 | UTC |
| 647) | 09/23/2016 | 17:18:03 | UTC |
| 648) | 09/23/2016 | 17:18:04 | UTC |
| 649) | 09/23/2016 | 22:52:51 | UTC |
| 650) | 09/23/2016 | 22:52:52 | UTC |
| 651) | 09/24/2016 | 12:55:29 | UTC |
| 652) | 09/24/2016 | 12:55:30 | UTC |
| 653) | 09/24/2016 | 20:59:47 | UTC |
| 654) | 09/24/2016 | 20:59:48 | UTC |
| 655) | 09/25/2016 | 17:25:49 | UTC |
| 656) | 09/25/2016 | 17:25:51 | UTC |
| 657) | 09/25/2016 | 22:19:41 | UTC |
| 658) | 09/25/2016 | 22:19:43 | UTC |
| 659) | 09/26/2016 | 14:06:51 | UTC |
| 660) | 09/26/2016 | 14:06:52 | UTC |
| 661) | 09/26/2016 | 19:58:36 | UTC |
| 662) | 09/26/2016 | 19:58:37 | UTC |
| 663) | 09/26/2016 | 22:59:38 | UTC |
| 664) | 09/26/2016 | 23:19:28 | UTC |
| 665) | 09/26/2016 | 23:19:29 | UTC |
| 666) | 09/27/2016 | 12:30:18 | UTC |
| 667) | 09/27/2016 | 12:30:19 | UTC |
| 668) | 09/27/2016 | 15:58:43 | UTC |
| 669) | 09/27/2016 | 15:58:44 | UTC |
| 670) | 09/27/2016 | 18:59:27 | UTC |
| 671) | 09/27/2016 | 18:59:28 | UTC |

| | | | |
|---|---|---|---|
| 672) | 09/28/2016 | 12:56:25 | UTC |
| 673) | 09/28/2016 | 12:56:26 | UTC |
| 674) | 09/28/2016 | 18:55:35 | UTC |
| 675) | 09/28/2016 | 18:55:36 | UTC |
| 676) | 09/28/2016 | 22:57:52 | UTC |
| 677) | 09/28/2016 | 22:57:53 | UTC |
| 678) | 09/29/2016 | 12:37:03 | UTC |
| 679) | 09/29/2016 | 12:37:04 | UTC |
| 680) | 09/29/2016 | 17:54:12 | UTC |
| 681) | 09/29/2016 | 17:54:13 | UTC |
| 682) | 09/29/2016 | 21:03:06 | UTC |
| 683) | 09/30/2016 | 12:06:12 | UTC |
| 684) | 09/30/2016 | 12:06:13 | UTC |
| 685) | 09/30/2016 | 15:08:48 | UTC |
| 686) | 09/30/2016 | 15:08:49 | UTC |
| 687) | 09/30/2016 | 18:17:50 | UTC |
| 688) | 09/30/2016 | 18:17:51 | UTC |
| 689) | 10/01/2016 | 14:50:12 | UTC |
| 690) | 10/01/2016 | 14:50:13 | UTC |
| 691) | 10/01/2016 | 22:30:09 | UTC |
| 692) | 10/01/2016 | 22:30:11 | UTC |
| 693) | 10/02/2016 | 16:19:13 | UTC |
| 694) | 10/02/2016 | 16:19:14 | UTC |
| 695) | 10/02/2016 | 21:19:53 | UTC |
| 696) | 10/02/2016 | 21:19:54 | UTC |
| 697) | 10/17/2016 | 12:52:48 | UTC |
| 698) | 10/17/2016 | 12:52:50 | UTC |
| 699) | 10/17/2016 | 17:23:11 | UTC |
| 700) | 10/17/2016 | 17:23:12 | UTC |
| 701) | 10/17/2016 | 21:50:05 | UTC |
| 702) | 10/17/2016 | 21:50:06 | UTC |
| 703) | 10/18/2016 | 12:41:28 | UTC |
| 704) | 10/18/2016 | 12:41:30 | UTC |
| 705) | 10/18/2016 | 17:08:39 | UTC |
| 706) | 10/18/2016 | 17:08:41 | UTC |
| 707) | 10/18/2016 | 21:15:23 | UTC |
| 708) | 10/18/2016 | 21:15:24 | UTC |
| 709) | 10/19/2016 | 00:34:10 | UTC |
| 710) | 10/19/2016 | 00:34:11 | UTC |
| 711) | 10/19/2016 | 12:50:31 | UTC |
| 712) | 10/19/2016 | 12:50:32 | UTC |
| 713) | 10/19/2016 | 17:02:57 | UTC |
| 714) | 10/19/2016 | 17:02:58 | UTC |
| 715) | 10/19/2016 | 22:19:57 | UTC |
| 716) | 10/19/2016 | 22:19:58 | UTC |
| 717) | 10/20/2016 | 12:24:38 | UTC |
| 718) | 10/20/2016 | 12:24:38 | UTC |

| | | | |
|---|---|---|---|
| 719) | 10/20/2016 | 15:51:10 | UTC |
| 720) | 10/20/2016 | 15:51:11 | UTC |
| 721) | 10/20/2016 | 19:12:03 | UTC |
| 722) | 10/20/2016 | 19:12:03 | UTC |
| 723) | 10/21/2016 | 12:22:47 | UTC |
| 724) | 10/21/2016 | 12:22:48 | UTC |
| 725) | 10/21/2016 | 15:29:12 | UTC |
| 726) | 10/21/2016 | 15:29:13 | UTC |
| 727) | 10/21/2016 | 18:44:23 | UTC |
| 728) | 10/21/2016 | 18:44:24 | UTC |
| 729) | 10/21/2016 | 22:16:21 | UTC |
| 730) | 10/22/2016 | 12:57:33 | UTC |
| 731) | 10/22/2016 | 12:57:34 | UTC |
| 732) | 10/22/2016 | 15:58:51 | UTC |
| 733) | 10/22/2016 | 15:58:52 | UTC |
| 734) | 10/22/2016 | 20:02:33 | UTC |
| 735) | 10/22/2016 | 20:02:33 | UTC |
| 736) | 10/22/2016 | 22:12:15 | UTC |
| 737) | 10/22/2016 | 22:12:16 | UTC |
| 738) | 10/23/2016 | 13:01:10 | UTC |
| 739) | 10/23/2016 | 13:01:11 | UTC |
| 740) | 10/23/2016 | 16:04:14 | UTC |
| 741) | 10/23/2016 | 16:04:15 | UTC |
| 742) | 10/23/2016 | 20:32:31 | UTC |
| 743) | 10/23/2016 | 20:32:32 | UTC |
| 744) | 10/23/2016 | 23:34:47 | UTC |
| 745) | 10/23/2016 | 23:34:48 | UTC |
| 746) | 10/24/2016 | 12:06:09 | UTC |
| 747) | 10/24/2016 | 12:06:10 | UTC |
| 748) | 10/24/2016 | 15:12:47 | UTC |
| 749) | 10/24/2016 | 15:12:48 | UTC |
| 750) | 10/24/2016 | 18:20:05 | UTC |
| 751) | 10/24/2016 | 18:20:06 | UTC |
| 752) | 10/24/2016 | 21:30:11 | UTC |
| 753) | 10/25/2016 | 12:26:10 | UTC |
| 754) | 10/25/2016 | 12:26:11 | UTC |
| 755) | 10/25/2016 | 15:43:00 | UTC |
| 756) | 10/25/2016 | 15:43:01 | UTC |
| 757) | 10/25/2016 | 19:41:00 | UTC |
| 758) | 10/25/2016 | 19:41:01 | UTC |
| 759) | 10/25/2016 | 22:42:09 | UTC |
| 760) | 10/25/2016 | 22:42:10 | UTC |
| 761) | 10/26/2016 | 12:36:53 | UTC |
| 762) | 10/26/2016 | 12:36:54 | UTC |
| 763) | 10/26/2016 | 17:00:18 | UTC |
| 764) | 10/26/2016 | 17:00:19 | UTC |
| 765) | 10/26/2016 | 21:01:36 | UTC |

| | | | |
|---|---|---|---|
| 766) | 10/26/2016 | 21:01:37 | UTC |
| 767) | 10/27/2016 | 00:04:01 | UTC |
| 768) | 10/27/2016 | 00:04:02 | UTC |
| 769) | 10/27/2016 | 12:36:52 | UTC |
| 770) | 10/27/2016 | 12:36:53 | UTC |
| 771) | 10/27/2016 | 17:30:45 | UTC |
| 772) | 10/27/2016 | 17:30:46 | UTC |
| 773) | 10/27/2016 | 22:30:57 | UTC |
| 774) | 10/27/2016 | 22:30:58 | UTC |
| 775) | 10/28/2016 | 12:14:26 | UTC |
| 776) | 10/28/2016 | 12:14:27 | UTC |
| 777) | 10/28/2016 | 15:24:46 | UTC |
| 778) | 10/28/2016 | 15:24:47 | UTC |
| 779) | 10/28/2016 | 18:25:43 | UTC |
| 780) | 10/28/2016 | 21:36:45 | UTC |
| 781) | 10/28/2016 | 21:36:46 | UTC |
| 782) | 10/29/2016 | 12:40:27 | UTC |
| 783) | 10/29/2016 | 12:40:28 | UTC |
| 784) | 10/29/2016 | 19:41:37 | UTC |
| 785) | 10/29/2016 | 19:41:38 | UTC |
| 786) | 10/29/2016 | 21:48:34 | UTC |
| 787) | 10/29/2016 | 21:48:35 | UTC |
| 788) | 10/30/2016 | 13:24:40 | UTC |
| 789) | 10/30/2016 | 13:24:41 | UTC |
| 790) | 10/30/2016 | 16:26:00 | UTC |
| 791) | 10/30/2016 | 16:26:01 | UTC |
| 792) | 10/30/2016 | 20:35:43 | UTC |
| 793) | 10/30/2016 | 20:35:44 | UTC |
| 794) | 10/30/2016 | 23:37:30 | UTC |
| 795) | 10/30/2016 | 23:37:31 | UTC |
| 796) | 11/14/2016 | 13:37:54 | UTC |
| 797) | 11/14/2016 | 13:37:55 | UTC |
| 798) | 11/14/2016 | 18:27:05 | UTC |
| 799) | 11/14/2016 | 18:27:06 | UTC |
| 800) | 11/14/2016 | 22:29:43 | UTC |
| 801) | 11/14/2016 | 22:29:44 | UTC |
| 802) | 11/15/2016 | 01:54:50 | UTC |
| 803) | 11/15/2016 | 01:54:51 | UTC |
| 804) | 11/15/2016 | 13:33:48 | UTC |

31.     Defendant made the immediately-aforementioned calls in an attempt to collect the

Debt directly from Plaintiff and from telephone number (859) 309-5126.

32.     On each of the immediately-aforementioned calls, Defendant made the calls using an ATDS, a PTDS, or an APV,

33.     During one or more of the aforementioned calls, Plaintiff spoke with Defendant's employee or representative and requested that Defendant stop calling Plaintiff's Cellular Telephone.

34.     Plaintiff retained Leavengood, Dauval, Boyle & Meyer, P.A., d/b/a LeavenLaw (hereinafter, "Undersigned Counsel") for the purpose of pursuing this matter against Defendant, and Plaintiff is obligated to pay his attorneys a reasonable fee for their services.

35.     Plaintiff has not been able, due to personal commitments, as well as the continued and increasing stress associated with the continued barrage of Debt collection calls, to record the specifics (as done above) of each and every call made to Plaintiff.  Plaintiff asserts, however, that the above-referenced calls are but a sub-set of the calls made in violation of the FCCPA and the TCPA.  Further, Defendant is in the best position to determine and ascertain the number and methodology of calls made to Plaintiff.

36.     As a direct result of Defendant's actions, Plaintiff suffered emotional distress, anxiety, inconvenience, frustration, annoyance, fear, confusion, and loss of sleep, believing that his requests that Defendant stop the auto-dialed debt collection calls were wholly ineffective, and that Plaintiff simply must endure Defendant's frequent and repeated debt collection attempts.

37.     Florida Statutes, Section 559.77 provides for the award of $1,000.00 statutory damages, actual damages, punitive damages, and an award of attorneys' fees and costs to Plaintiff, should Plaintiff prevail in this matter against Defendant.

38.     United States Code, Title 47, Section 227(b)(3) provides for the award of $500.00 or actual damages, whichever is greater, for each telephone call made using any automatic

telephone dialing system or an artificial or pre-recorded voice to Plaintiff's Cellular Telephones in violation of the TCPA or the regulations proscribed thereunder.

39.     Additionally, the TCPA, Section 227(b)(3) allows the trial court to increase the damages up to three times, or $1,500.00, for each telephone call made using any automatic telephone dialing system or an artificial or prerecorded voice to Plaintiff's Cellular Telephones in willful or knowing violation of the TCPA or the regulations proscribed thereunder.

40.     As of the date of this complaint, no final judgment regarding the Debt has been obtained by, or transferred to, Defendant.

### COUNT ONE:
### UNLAWFUL DEBT COLLECTION PRACTICE –
### VIOLATION OF FLORIDA STATUTES, SECTION 559.72(7)

Plaintiff re-alleges paragraphs one (1) through forty (40) as if fully restated herein and further state as follows:

41.     Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(7) by collecting a consumer Debt from Plaintiff through means and with such frequency as can reasonably be expected to abuse or harass Plaintiff.

42.     Specifically, Defendant directly called Plaintiff's Cellular Telephone in an attempt to collect the Debt using an ATDS, PTDS, or an APV, a minimum of 804 times during a one-year and two-month period, often more than one call per day, without Plaintiff's prior express consent to auto-dial his Cellular Telephone.  Such calls continued despite Plaintiff's oral request for Defendant to stop calling his Cellular Telephone.

43.     Defendant's conduct served no purpose other than to annoy, force, coerce, harass, frighten, embarrass, and/or humiliate Plaintiff into paying the Debt.

44.     Defendant's willful and flagrant violation of, *inter alia*, the Florida Consumer Collections Practices Act as a means to collect a Debt, constitutes unlawful conduct and harassment as is contemplated under Florida Statutes, Section 559.72(7).

45.     As a direct and proximate result of Defendant's actions, Plaintiff sustained damages as defined by Florida Statutes, Section 559.77.

## COUNT TWO:
### UNLAWFUL DEBT COLLECTION PRACTICE –
### VIOLATION OF FLORIDA STATUTES, SECTION 559.72(9)

Plaintiff re-alleges paragraphs one (1) through forty (40) as if fully restated herein and further state as follows:

46.     Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(9) by attempting to collect the Debt while asserting the existence of a legal right with the knowledge that the right does not exist.

47.     Defendant possessed actual knowledge of Plaintiff's lack of prior express consent and/or revocation of such consent to auto-dial Plaintiff's Cellular Telephone.

48.     Despite possessing such knowledge, Defendant repeatedly attempted to collect the Debt directly from Plaintiff by directly calling Plaintiff's Cellular Telephone *at least* 804 times.

49.     Defendant knowingly and falsely asserted the right to collect the Debt directly from Plaintiff using an ATDS, PTDS, or an APV.  Defendant knew it did not possess such right.

50.     As a direct and proximate result of Defendant's actions, Plaintiff sustained damages as defined by Florida Statutes, Section 559.77.

## COUNT THREE:
### TELEPHONE CONSUMER PROTECTION ACT –
### VIOLATION OF 47 UNITED STATES CODE, SECTION 227(b)(1)(A)

Plaintiff re-alleges paragraphs one (1) through forty (40) as if fully restated herein and further states as follows:

51.     Defendant is subject to, and violated the provisions of, 47 United States Code, Section 227(b)(1)(A) by using an automatic telephone dialing system, a predictive telephone dialing system, or an artificial or pre-recorded voice to call a telephone number assigned to a cellular telephone service without Plaintiff's prior express consent.

52.     Defendant used an ATDS, PTDS, or an APV to call Plaintiff's Cellular Telephone at least 804 times in an attempt to collect the Debt.

53.     At no time herein did Defendant possess Plaintiff's prior express consent to call Plaintiff's Cellular Telephones using an ATDS, a PTDS, or an APV.

54.     If Defendant contends it nonetheless possessed Plaintiff's prior express consent, Plaintiff revoked such consent the moment—and each subsequent time—that Plaintiff orally requested Defendant stop calling his Cellular Telephone.

55.     Additionally, if Defendant contends it made the above-referenced phone calls for "informational purposes only," Defendant nevertheless lacked the required prior express written consent necessary to make such informational calls to Plaintiff's Cellular Telephones using an ATDS, a PTDS, or an APV.

56.     The phone calls made by Defendant complained of herein are the result of repeated willful and knowing violations of the TCPA.

57.     As a direct and proximate result of Defendant's conduct, Plaintiff has suffered:

    a.     The periodic loss of his Cellular Telephone service;

    b.     Lost material costs associated with the use of peak time Cellular Telephone minutes allotted under his cellular telephone service contract; and

    c.     Stress, anxiety, loss of sleep, and deterioration of relationships, both personal and professional, as a result of the repeated willful and knowing calls placed in violation of the TCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, as a direct and proximate result of Defendant's conduct, Plaintiff respectfully requests against Defendant an entry of:

a.   Judgment against Defendant declaring that Defendant violated the FCCPA and the TCPA;

b.   Judgment against Defendant for maximum statutory damages for violations of the FCCPA;

c.   Judgment against Defendant for statutory damages in the amount of $500.00 for each of Defendant's telephone calls that violated the TCPA;

d.   Judgment against Defendant for treble damages in the amount of an additional $1,000.00 for each telephone call that violated the TCPA for which Defendant acted knowingly or willingly—or both;

e.   Judgment providing injunctive relief, prohibiting Defendant from further engaging in conduct that violates the FCCPA and the TCPA;

f.   An award of attorneys' fees and costs;

g.   Actual damages in an amount to be determined at trial;

h.   Punitive damages in an amount to be determined at trial; and

i.   Any other such relief the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues triable by right.

## SPOLIATION NOTICE AND DEMAND TO RETAIN EVIDENCE

Plaintiff hereby gives notice to Defendant and demand that Defendant and its affiliates safeguard all relevant evidence—paper, electronic documents, or data—pertaining to this litigation as required by law.

Respectfully submitted,

**LEAVENLAW**

/s/ *G. Tyler Bannon*

**Ian R. Leavengood, Esq., FBN 010167**
**Jordan T. Isringhaus, Esq., FBN 091487**
**G. Tyler Bannon, Esq., FBN 0105718**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
collectiondefense@leavenlaw.com
jisringhaus@leavenlaw.com
tbannon@leavenlaw.com
*Attorneys for Plaintiff*